UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Menachem Klein,

              Plaintiff,

-against-

Central Credit Services, Inc.,

              Defendant.

Civil Action No.: 11cv7379

ECF Case (DLC)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Menachem Klein, by his undersigned counsel, hereby gives notice that the above-captioned action is voluntary dismissed, with prejudice, against the defendant Central Credit Services, Inc.

Date: January 16, 2012

Samuel A. Ehrenfeld
FREDRICK SCHULMAN & ASSOCIATES
*Attorney for Plaintiff*
30 East 29th Street
New York, New York 10016
(212) 796-6053

SO ORDERED:

_____
U.S.D.J.
1/17/12